Judgment reversed and new trial granted, without costs.

---

OTTO RUDOLPH, Respondent, v. JOHN CORRIGAN, Appellant.

APPEAL from a judgment in favor of the plaintiff, rendered in the Municipal Court of the city of New York, tenth district, borough of Manhattan.

R. W. Thompson, for appellant.

H. C. Franklin, for respondent.

*Per Curiam.* The judgment is wholly unwarranted by the evidence and must for that reason be reversed. Even if the court believed the plaintiff's improbable story that the defendant gave him general authority to go ahead and do whatever repairs he deemed necessary, still he does not show either the amount of work which he claims to have done, or its value, with sufficient decision to justify a judgment for any appreciable sum, much less for the large sum awarded him by the justice.

Present: TRUAX, P. J., SCOTT and DUGRO, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.